**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHERYL GAILEY, | : | 1:15-cv-564 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | |
| | : | |
| Defendant, | : | |

# ORDER

**October 17, 2016**

Presently before this Court is Defendant's Motion for Summary Judgment (Doc. 44) and Plaintiff's Motion for Summary Judgment. (Doc. 42). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 44) is **GRANTED** in its entirety.
2. Plaintiff's Motion for Summary Judgment (Doc. 42) is **DENIED** in its entirety.
3. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge